# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>MIDDLE DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.** |
| ) | |
| **MICHAEL WAYNE SHIRLEY,** ) | |
|    Defendant. ) | |

## <u>INFORMATION</u>

### <u>COUNT ONE</u>
*Dealing in Firearms without a License*
**18 U.S.C. § 922(a)(1)(A)**

The United States Attorney charges that:

From on or about the 1st day of August 2021, until on or about the 29th day of June 2022, in St. Clair County and other counties within the Northern District of Alabama, the Defendant,

**MICHAEL WAYNE SHIRLEY**,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms in

violation of Title 18, United States Code, Section 922(a)(1)(A).

                                                    PRIM F. ESCALONA
                                                    United States Attorney

                                                     */s/Electronic Signature*
                                                    ALAN BATY
                                                    Assistant United States Attorney