FILED

2026 Jun-10  PM 01:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | } | |
| | } | |
| **v.** | } | **Case No.:  4:24-CR-408-RDP-SGC-1** |
| | } | |
| **MICHAEL WAYNE SHIRLEY,** | } | |
| | } | |
| **Defendant.** | } | |

## ORDER

The Clerk of Court is **DIRECTED** to **REASSIGN** the above-referenced case to another member of this court.

**DONE** and **ORDERED** this June 9, 2026.

**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE